AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br><br>Four United States Postal Services Priority Mail Express parcels in the custody of the United States Postal Inspection Service in Los Angeles County, California, as further described in Attachment A. | )<br>)<br>)  Case No. **2:24-MJ-01926**<br>)<br>)<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California:

   *See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

   *See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference:

   **YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u>
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

   Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

   The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    April 3, 2024 at 11:46 am            _____
                                                              *Judge's signature*

City and state:    Los Angeles, CA                HON. MARIA A. AUDERO, MAGISTRATE JUDGE
                                                              *Printed name and title*

AUSA: Alexander S. Gorin x3190

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: April 3, 2024 2:20 pm appx | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of: Inspectors Lee Versoza and Rex Castro | | |

Inventory of the property taken and name of any person(s) seized:

SUBJECT PARCEL 1- $6,800 in US currency and packaging materials

SUBJECT PARCEL 2- $1,580 in US currency and packaging materials

SUBJECT PARCEL 3- $7,120 in US currency and packaging materials

SUBJECT PARCEL 4- $5,275 in US currency and packaging materials

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/04/2024

/s/Lee Versoza
*Executing officer's signature*

Lee Versoza, US Postal Inspector
*Printed name and title*

**ATTACHMENT A**

PARCELS TO BE SEARCHED

The following four United States Postal Service ("USPS") parcels, (collectively, the "SUBJECT PARCELS"), seized on or about March 29, 2024, from Los Angeles, California, and currently in the custody of the United States Postal Inspection Service at 1055 N Vignes St, Los Angeles, CA 90012:

    a.   SUBJECT PARCEL 1 is a USPS Priority Mail parcel with tracking label number 9405 5362 0624 8672 1840 35, weighing approximately six pounds 9.00 ounces, with a listed return address of "CAITLYN SANCHEZ 9911 S 10TH ST BELLEVUE NE 68123." The recipient address listed for the SUBJECT PARCEL 1 is "RAUL GOMEZ PO BOX 227310, 975 S ATLANTIC BLVD LOS ANGELES CA 90022-0750."

    b.   SUBJECT PARCEL 2 is a USPS Priority Mail parcel with tracking label number 9505 5156 0792 4087 0829 42, weighing approximately one pound, 7.00 ounces, with no return address. The recipient address listed for the SUBJECT PARCEL 2 is "PO BOX 227310 LOS ANGELES CA 90022-0750."

    c.   SUBJECT PARCEL 3 is a USPS Priority Mail parcel with tracking label number 9505 5117 6198 4087 2789 42, weighing approximately three pounds, 13.00 ounces, with a listed return address of "Ty Cook 5826 Webb Forest Court Powder Springs GA 30127." The recipient address listed for the SUBJECT PARCEL 3 is "Raul Gomez 975 S Atlantic Blvd P.O. box #227310 Los Angeles, CA 90022."

    d. SUBJECT PARCEL 4 is a USPS Priority Mail parcel with tracking number 9505 5107 1013 4087 9983 43, weighing approximately four pounds, 7.00 ounces, with a listed return address of "Jason Hill 1103 Stone Mill Dr SE, Cartersville GA 30121." The recipient address listed for the SUBJECT PARCEL 4 is "Raul Gomez 975 S Atlantic blvd P.O. Box#227310 LOS Angeles, CA 90022."

**ATTACHMENT B**

<u>ITEMS TO BE SEIZED</u>

The following items are to be seized from the SUBJECT PARCELS described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

    a.   Any controlled substances, including marijuana;

    b.   Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

    c.   Any associated packaging materials.